UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GARY THEODORE DELONG,

        Plaintiff,                  Case No. 1:16-cv-176

v.                                        Honorable Paul L. Maloney

AARON HUDECHEK, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   March 8, 2016               /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge